# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1484

_____

United States of America,

*Plaintiff - Appellee,*

v.

Cheryl Y. Anderson,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: September 19, 2013
Filed: September 24, 2013
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Cheryl Anderson appeals the sentence the district court[1] imposed upon revoking her probation. She argues only that the district court committed procedural

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

error by selecting a sentence based on "clearly erroneous facts." After careful review, we conclude that the district court based its sentencing decision on appropriate considerations and that no abuse of discretion occurred. See United States v. Miller, 557 F.3d 919, 922 (8th Cir. 2009) (appellate court reviews probation revocation sentence for abuse of discretion, using same standards as those applied to initial sentencing decisions). Accordingly, we affirm.

_____